```
 1  KRISTA HART
    Attorney at Law
 2  State Bar #199650
    428 J Street, Suite 350
 3  Sacramento, California  95814
    Telephone: (916) 731-8811
 4
    Attorney for Defendant
 5  Teresa Diane Davis

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,    )  No. Cr.S. 03-389 FCD
                                 )            03-272 FCD
12          Plaintiff,            )
                                 )  STIPULATION TO RESET DATE OF
13      v.                       )  STATUS CONFERENCE
                                 )
14                                )
    TERESA DIANE DAVIS,          )
15                                )  Date:  September 12, 2005
            Defendant.           )  Time:  9:30 a.m.
16                                )  Judge: Hon. Frank C. Damrell, Jr.
    _____
17
```

18      IT IS HEREBY requested by the United States of America through its

19  undersigned counsel, Michelle Rodriguez, together with counsel for the

20  defendant, Krista Hart for Teresa Davis, that the status conference set

21  for September 12, 2005, be vacated and reset for January 9, 2006, at

22  9:30 a.m.

23      This matter is on calendar for a status conference concerning the

24  appeal.  The appeal in this matters involves sentencing issues and Ms.

25  Davis is out of custody pending the resolution of the appeal.  The

26  appeal is currently set for oral argument in the Ninth Circuit Court of

27  Appeals on November 14, 2005.  Thus, it appears that January 9, 2005,

28  is a reasonable date which may allow sufficient time for the Ninth

Circuit to issues its ruling.

                                  Respectfully submitted,

September 9, 2005                 /s/ *Krista Hart*
                                   Attorney for Defendant

September 9, 2005                McGREGOR SCOTT
                                   United States Attorney

                                 /s/ *Michelle Rodriguez*
                                   Assistant US Attorney

**ORDER**

**Good cause appearing**, it is ordered that the status conference set for September 12, 2005, be vacated and reset for January 9, 2006, at 9:30 a.m.

DATED: September 9, 2005      /s/ Frank C. Damrell Jr.
                                   Hon. Frank C. Damrell, Jr.
                                   US District Court Judge